
I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY ~~FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-2-13

DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LIONEL LEWIS,<br><br>   Petitioner,<br><br>  vs.<br><br>CITY OF LOS ANGELES,<br><br>   Respondent. | Case No. CV 12-10531-GW (JPR)<br><br>ORDER SUMMARILY DISMISSING HABEAS PETITION AND ADMINISTRATIVELY CLOSING CASE |

  On September 11, 2012, in Case No. CV 12-7756-GW (JPR), Petitioner filed what he styled as a Petition for Writ of Habeas Corpus by a Person in State Custody under 28 U.S.C. § 2254. Because the petition was "patently frivolous," on October 3, 2012, the Court denied Petitioner's request to proceed in forma pauperis and dismissed the petition without leave to amend. On November 6, 2012, Petitioner filed another frivolous petition (No. CV 12-9491-GW (JPR)), which the Court again dismissed without leave to amend after denying in forma pauperis status.

  Nonetheless, on December 10, 2012, Petitioner filed another

1

unintelligible habeas petition.¹ It too must be dismissed without leave to amend because it is patently frivolous and for the additional reason that Petitioner has not sought leave from the Ninth Circuit Court of Appeals to file a successive petition.

Petitioner raises four claims in his latest Petition. None make sense. In their entirety, they read as follows:

a. A. Hami Exe Office Board of Supervisors File 12-1102402*001 Board # 12-2834 may have lost file 12-1102402x002 Board # 12-1836 I mailed it to Sacramento legelature Rep assembley

b. Disability to hold Other Offices Dean C. Logan Los Angeles County Registrar P.O. Box 30450 LA CA 90030-0450 voteing priviliges why cant I Run for elected office as mayor of the City of los angeles?

c. Senator Diane Fienstien backs Wendy Geruel. My Assembley Repensitive wont respond to my claim # 12-2836 as Proof.

d. Disqualification for Public Office Initiative which bars proponents with felons from regestering as candates for the city council or mayors congressional seat

In addition to being unintelligible, these claims seemingly have nothing to do with whatever criminal conviction Petitioner could theoretically challenge in a habeas petition, assuming the claims were timely, exhausted, and not otherwise procedurally

---

¹During this same general time period, Petitioner has filed two patently frivolous civil rights complaints. The magistrate judge's recommendations to deny in forma pauperis status and dismiss the complaints are pending before the Chief Judge of the district. See Case Nos. CV 12-10485-UA-JPR & 12-10695-UA-JPR.

barred. Moreover, Petitioner apparently is no longer incarcerated, so it is not clear that he even remains in "custody" for purposes of the habeas statute.

Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254 states that a district judge "must dismiss" a habeas petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief." Summary dismissal is appropriate when the petition is "patently frivolous or false." Hendricks v. Vasquez, 908 F.2d 490, 491 (9th Cir. 1990) (quoting Blackledge v. Allison, 431 U.S. 63, 76, 97 S. Ct. 1621, 1630, 52 L. Ed. 2d 136 (1977)); see also Crone v. Snook, 269 U.S. 540, 46 S. Ct. 202, 70 L. Ed. 401 (1926) (per curiam) (denying in forma pauperis status because question presented in appeal from denial of habeas was "frivolous").

Here, the Petition is patently frivolous; the Court "must" therefore dismiss it. Moreover, because the Court dismissed Petitioner's September and November 2012 petitions without leave to amend, this Petition is successive, and Petitioner needed permission from the Ninth Circuit to file it. See 28 U.S.C. § 2244(b); Cooper v. Calderon, 274 F.3d 1270, 1273-74 (9th Cir. 2001). He has not gotten any such permission, as far as the Court can tell. Accordingly, in forma pauperis status is DENIED and the Petition is DISMISSED without leave to amend.

DATED: December 26, 2012

GEORGE H. WU
U.S. DISTRICT JUDGE

Presented by:

Jean Rosenbluth
U.S. Magistrate Judge

3