I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1·2·13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LIONEL LEWIS,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>CITY OF LOS ANGELES,<br><br>　　　　Respondent. | Case No. CV 12-10531-GW (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Habeas Petition and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 26, 2012

_____
GEORGE H. WU
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY